## PATTERSON v. EDDIETRON

Case No. 21PC

Case below: 50 NC App 417

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1981.

## SAMUEL v. SIMMONS

Case No. 35PC

Case below: 50 NC App 406

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 7 April 1981.

## STATE v. ALLEN

Case No. 73PC

Case below: 50 NC App 173

Motion of Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 April 1981.

## STATE v. DUVALL

Case No. 72PC

Case below: 50 NC App 684

Petition by defendant for discretionary review under G.S. 7A-31 allowed 7 April 1981.

## STATE v. HOOTS

Case No. 102

Case below: 50 NC App 418

Motion of Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 April 1981.